

**SO ORDERED.**
**SIGNED this 20th day of January, 2015**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ John C. Cook
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

In re:   MARIAN DELOIS JACKSON                                       No. 10-10398
SS#:    xxx-xx-6032

                          Debtor                                     Chapter 13

### ORDER

The above-named debtor now having completed all payments required under their confirmed chapter 13 plan,

It is ORDERED that

DARDEN RESTAURANTS *
ATTN  GARNISHMENT DEPT
P O BOX 695018
ORLANDO, FL 32869-5018

employer of MARIAN DELOIS JACKSON (xxx-xx-6032), no longer withhold any money from the debtor's income to be paid to the trustee.

It is FURTHER ORDERED that the employer or other entity refund to the debtor any money on hand as a result of such withholdings. A copy of this order shall be sent to the employer or other entity by regular mail by the Clerk.

###

APPROVED FOR ENTRY BY:

/s/ Kara L. West
Kara L. West (TN No. 25744)
Chapter 13 Standing Trustee
PO Box 511
Chattanooga, TN  37401
 (423) 265-2261